# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      **:**

      **v.**      **:**      **CRIMINAL NO. 21-60**

TYRONE JELONI DANSBY      **:**

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The defendant, Tyrone Dansby, was the subject of an investigation into gun trafficking in Philadelphia. Investigators found that Dansby had purchased approximately 60 firearms in the four months between May 4, 2020, and September 12, 2020. Two of those guns have been recovered during criminal investigations; one in June, 2020, in Morton, Pennsylvania, and one in December, 2020, in Reading, Pennsylvania. ATF special agents interviewed Dansby about his purchases on September 21, 2020. Dansby gave the agents provably false information about his gun purchases and the disposition of those guns. He was charged on February 12, 2021, by complaint and warrant with making false statements to the agents in violation of 18 U.S.C. § 1001. An agent spoke to an attorney for Dansby and told him about the warrant in the hopes of arranging a peaceful surrender. Dansby was subsequently indicted on the charge in the complaint by a grand jury on February 25, 2021.

Dansby did not surrender. Instead, he fled, and established a false identity that included his obtaining a false Texas temporary driver's license in the alias "Chauncey Lewis," and a Pennsylvania PennDOT identification card in that same alias. In the months between February of 2021 and the present, Dansby encountered police in Tennessee, Nebraska, New Jersey, and Pennsylvania. In one of those encounters, on February 10, 2021, in Tennessee, Dansby identified himself truthfully as Tyrone Dansby, and admitted that he was in the process of taking handguns

that he obtained in Alabama back to Philadelphia, where he would sell them at a profit. The Tennessee officer conducting the stop seized several guns from the trunk of the car. In the remaining three stops, Dansby provided officers with identification in the name of the alias "Chauncey Lewis."

Dansby was finally arrested by ATF agents in New Jersey on May 21, 2021. The arrest team included one of the agents who had originally interviewed Dansby, and recognized him. Dansby nonetheless denied his identity, claimed that he had never seen the agent before, and insisted that his name was "Chauncey Lewis."

Dansby has shown that he will flee from prosecution at his earliest opportunity. He has shown that he will establish false identities. He will also persist in his unlawful and dangerous conduct in trafficking firearms.

Because no condition or combination of conditions will reasonably assure the safety of the community at large, and because there is a serious risk that Dansby will flee and fail to appear in Court as required, the government moves pursuant to 18 U.S.C. §§ 3142(e) and (f) for a detention hearing and his pretrial detention.

## I.   THE FACTS

In support of this motion, the government makes the following representations and proposed findings of fact:

### A.   Probable Cause And The Evidence In This Case

1.   There is probable cause to believe that the defendant has committed the crime of making false statements to a government agent as charged in the Indictment.

2.      The evidence in this case is strong. It is detailed in the affidavit of probable cause prepared by ATF Special Agent Stephen Johnston, and filed in the docket as part of Document One.

In sum, ATF agents were investigating a gun trafficking scheme. They learned that the defendant, Tyrone Dansby, had purchased approximately 60 guns in Pennsylvania between May 4, 2020, and September 12, 2020. They investigated the purchases, and noted a suspicious pattern of repeated purchases of identical firearms; for instance, Dansby bought eight identical SCCY 9mm semiautomatic pistols, and 16 identical Taurus G2/G3 9mm semiautomatic pistols, with the only difference between the firearms being their respective serial numbers. They learned that one of Dansby's guns had been recovered from a minor, S.R., during an arrest in Morton, Pennsylvania, approximately two weeks after Dansby had bought it in Jamison, Pennsylvania. (Another gun was later recovered at the scene of a shooting, in Reading, Pennsylvania in December of 2020). They learned from a licensed firearms dealer that in one transaction Dansby had come to the shop, said that he had $2,000 cash, and asked to buy four or five 9mm pistols that would hold 15 or more rounds of ammunition. Dansby bought three pistols on that occasion, and paid cash.

On September 21, 2020, Special Agents Johnston and Eric Frye interviewed Dansby about his gun purchases. Dansby claimed that he was unaware he had purchased that many guns. He said that he had a social media account, as well as a YouTube channel, where he conducted and published firearm reviews. He provided the agents with the account name of "PYNTYPO," which he said that he used for this purpose. The agents asked Dansby if he had any of the guns still in his possession; he said that he had just one. They asked Dansby if he knew S.R.. Dansby

said that he did not. They asked Dansby why one of Dansby's firearms was recovered during S.R's arrest, just thirteen days after Dansby had originally purchased it. Dansby said that, after completing his reviews of firearms, he lawfully traded-in or sold the guns at area gun shops, and so S.R. could have obtained the gun somewhere after Dansby sold or traded it. Dansby gave the agents a list of seven area FFLs where he claimed to have traded or sold the firearms.

ATF agents researched DANSBY's story. A query of the account name "PYNTYPO" on Instagram revealed an account which appeared to belong to DANSBY; the account profile picture was that of Dansby and the name displayed was "TYRONE DANSBY." Additionally, the Instagram profile offered the ability to send an e-mail to the account "tyronedansby@gmail.com.   There were no gun reviews on that Instagram account. A query of the account name "PYNTYPO" on YouTube yielded no results for any such account. The agents were unable to identify a YouTube account associated with Dansby.

 Agents called or visited each of the seven FFL's where Dansby claimed to have resold or traded the firearms. None had any record of Dansby selling or trading any of the approximately 60 guns at issue to them as Dansby claimed. Only one of them had a record of ever buying a gun from DANSBY, in a transaction for a single firearm in April of 2019, one year before the relevant time period.

### B.    Maximum Penalties

The defendant faces a maximum possible sentence of 5 years' imprisonment, a three year period of supervised release, a fine of $250,000, and a $100 special assessment.

C.      **Criminal Record**

Dansby does not have a criminal history. He has bench warrants outstanding in Virginia and Alabama, arising from failures to appear in court to answer traffic charges. He additionally recently failed to appear at a virtual hearing in Mount Laurel New Jersey arising from a May 7, 2021, traffic stop. That traffic stop is described more fully below.

D.      **Evidence of Flight to Avoid Arrest**

Dansby was initially charged by complaint and warrant on February 12, 2021. An agent spoke to an attorney for Dansby and told him about the warrant in the hopes of arranging a peaceful surrender. Dansby was subsequently indicted on the charge in the complaint by a grand jury on February 25, 2021.

Dansby did not surrender. Instead, he fled, and established a false identity that included his obtaining a false Texas temporary driver's license in the alias "Chauncey Lewis," and a Pennsylvania PennDOT identification card in that same alias. In the months between February of 2021 and his arrest on May 21, 2021, Dansby encountered police in Tennessee, Nebraska, New Jersey, and Pennsylvania. Two of the encounters involved guns. One encounter occurred before the warrant for Dansby's arrest was issued. During that encounter he identified himself as Tyrone Dansby. Three of the encounters occurred after the arrest warrant was issued. In each of those encounters Dansby provided false identification in the name "Chauncey Lewis."

The first encounter occurred on February 10, 2021, two days before the arrest warrant was issued, in Tennessee. In that incident, Dansby identified himself to police as Tyrone Dansby. On that date ATF Special Agent James Makemson was requested by Trooper Ryan Fletcher of the Tennessee Highway Patrol (THP) to respond to the scene of a traffic stop involving

5

numerous recovered firearms on Interstate 75 – Northbound at the 68 MM inside Loudon County, Tennessee. Trooper Fletcher advised SA Makemson that the occupants of the stopped vehicle were from Pennsylvania, and were coming from either Alabama or Georgia, and that the firearms had been concealed in the void spaces of the trunk. There were eight handguns in the car; seven in the trunk and one in the passenger compartment.

Trooper Fletcher told Agent Makemson he had advised all three occupants, M.N., J.W., and Dansby, of their Miranda rights and all agreed to speak with law enforcement. M.N. told Trooper Fletcher that Tyrone Dansby's brother purchased the firearms legally from a store in Alabama. Trooper Fletcher was wearing a body worn camera during the encounter and captured all three of the men on video and audio. Agent Johnston viewed the recording, and recognized Tyrone Dansby from his previous encounter and his investigation. A still capture from that video, showing Dansby, is attached to this motion as Exhibit One.

Dansby agreed to speak with SA Makemson about the firearms. Dansby admitted that one of purposes of the trip was for all three occupants of the car to go to Alabama, obtain firearms, and take them back to Philadelphia, PA, for the purpose of selling them for a profit. Dansby said that other purposes of the trip were to go to Atlanta to purchase car parts for his vehicle, which was damaged in Pennsylvania, and to plan a funeral for someone in Alabama. Dansby went on to detail how the guns were purchased in Alabama.

In the remaining three stops, which occurred after the arrest warrant was issued, Dansby provided officers with identification in the name of the alias "Chauncey Lewis." The first of these stops occurred on March 9, 2021, in Nebraska. On that date, two firearms were seized from a car that was stopped by Nebraska State Police on a highway in North Platte, Nebraska. The

6

driver was a convicted felon from Philadelphia. There were two passengers in the car, a man and a woman. The male passenger identified himself as "Chauncey Lewis," and provided a Texas driver's license as his identification. Trace data showed the guns were bought in Alabama, and so the stop was eventually brought to Agent Johnston's attention. Agent Johnston contacted an investigator from the Nebraska State Patrol, who provided him with a still capture of "Chauncey Lewis" from the body camera footage of the incident. Agent Johnston recognized Tyrone Dansby in the picture. A copy of a still capture from this incident is attached as Exhibit Two.

On March 12, 2021, Philadelphia police carried out the car stop of a vehicle containing two men. The passenger identified himself to the officers as "Chauncey Lewis." He presented the officers with a Texas temporary driver's license in the name of Chauncey LEWIS, D.O.B. 03/31/1998. The officers who made the stop were equipped with body worn cameras, and the interaction was captured on video. Agent Johnston viewed the video, and recognized the man claiming to be "Chauncey Lewis" as Tyrone Dansby. The video also showed the temporary Texas driver's license. That document bears DANSBY's photo. A copy of the Texas license is attached as Exhibit Three. A still capture of Dansby during the stop is attached as Exhibit Four.

On May 7, 2021, Mount Laurel Police Department (MLPD) Officer Sean Bristow made a traffic stop of a man named "Chauncy LEWIS." "Lewis" provided Officer Bristow with a Pennsylvania identification card in the name of "Chauncey Lewis," and said that he just moved to Philadelphia from Alabama. Officer Bristow captured the incident on a body worn camera. Agent Johnston viewed footage from that camera, and recognized Dansby as the man claiming to be 'Chauncey Lewis."

7

Agent Johnston obtained PennDOT records for both Tyrone Dansby and "Chauncey Lewis." The photos associated with each of those identities are clearly photos of the same man, taken several years apart. The sole difference lies in the fact that, in the "Chauncey Lewis" photo, Dansby sports a metallic cover on his front teeth. The two photos and associated information are attached as Exhibits Five and Six. Agent Johnston also received a report from the Pennsylvania State Police indicating that facial recognition software was used to examine the two photos, and that the same person was depicted in both.

Agent Johnston located the real Chauncey Lamedrick LEWIS, D.O.B. 3/31/1998. Records obtained from Captain Reed McLaughlin from the Alabama Law Enforcement Agency, State Bureau of Investigation, Criminal Investigation Division show that he was arrested on May 20, 2021, in Hale County, Alabama, and is currently still in jail. Chauncy Lewis was also arrested on July 20, 2020 in Butler County, Alabama.

On May 21, 2021, Agent Johnston and other agents were conducting surveillance in Pennsauken, New Jersey, in an effort to apprehend Dansby. An agent saw the Honda Accord from the May 7, 2021, Mount Laurel New Jersey traffic stop, parked at 6177 Amon Avenue, Pennsauken, New Jersey. Agents observed Dansby exit the house, walk to the driver's side of the vehicle, open the driver's door, close it, and remain outside the residence. Agent Johnston arrested him. Despite the fact that Agent Johnston had previously interviewed Dansby, and recognized him, Dansby denied his true identity, and insisted that he was Chauncey Lewis. He told the agents that he did not know anyone named Tyrone Dansby. Agent Johnston took a photo of Dansby after the arrest. A copy is attached as Exhibit Seven.

8

Dansby has persisted in denying his identity, going so far as to maintain his façade during an interview with Pretrial Services in this case, making it impossible for them to issue a meaningful and accurate report. As a result, the Court cannot possibly trust that he will comply with any bail conditions. To the contrary, the Court should assume that he would continue to flee prosecution, as he has since learning of the warrant for his arrest in February of this year.

### E.     Lack of Community Ties/Employment

Dansby's rank deceptions make it impossible to determine whether he has any ties to this district. In February, Agents visited the address that Dansby initially provided to PennDOT as his address, 1864 Clarence Street, Philadelphia, Pennsylvania. The agents were greeted by an elderly woman who claimed to be the grandmother of Tyrone Dansby, but she refused to tell the agents her name. The agents learned that Tyrone Dansby did not live at the address. The agents asked how long the female had been living there. She informed the agents that she had been there since November 2019. Dansby has allegedly purchased a property in New Jersey under the name "Chauncey Lewis." He clearly has extensive ties to Alabama, and has demonstrated his ability and willingness to completely change his identity and basically disappear.

Dansby has also demonstrated that he does not intend to abandon dangerous criminal activity. He is the subject of a gun trafficking investigation, and even after he was confronted by ATF agents, he admittedly persisted in obtaining firearms outside the Commonwealth of Pennsylvania for resale in Philadelphia.

## II.     CONCLUSION

When all these factors are viewed in light of the substantial sentence defendant faces, it is clear that no condition or combination of conditions will reasonably assure the safety of any

other person or the community, or assure that the defendant will appear as required.

WHEREFORE, the government respectfully submits that its Motion for Defendant's

Pretrial Detention should be granted.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
United States Attorney


*/s/ Joseph A. LaBar*
JOSEPH A. LaBAR
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA      :

      **v.**           :       **CRIMINAL NO. 21-60**

TYRONE JELONI DANSBY      :

**PRETRIAL DETENTION ORDER**

AND NOW, this     day of          , 2021, after an evidentiary hearing and argument of counsel for the government and the defendant, the Court finds that:

      (a) the government has proved by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community, as required by Title 18, United States Code, Section 3142(e).

      (b) the government has proven by a preponderance of evidence that that no condition or combination of conditions will reasonably assure the defendant's appearance in court, as required by Title 18, United States Code, Section 3142(e).

The Court makes the following findings of fact:

This case is appropriate for detention under Title 18, United States Code, Section 3142(e) based on the following:

    **A.**      **Probable Cause And The Evidence In This Case**

      1.      There is probable cause to believe that the defendant has committed the crime of making false statements to a government agent as charged in the Indictment.

2.       The evidence in this case is strong. It is detailed in the affidavit of probable cause prepared by ATF Special Agent Stephen Johnston, and filed in the docket as part of Document One.

In sum, ATF agents were investigating a gun trafficking scheme. They learned that the defendant, Tyrone Dansby, had purchased approximately 60 guns in Pennsylvania between May 4, 2020, and September 12, 2020. They investigated the purchases, and noted a suspicious pattern of repeated purchases of identical firearms; for instance, Dansby bought eight identical SCCY 9mm semiautomatic pistols, and 16 identical Taurus G2/G3 9mm semiautomatic pistols, with the only difference between the firearms being their respective serial numbers. They learned that one of Dansby's guns had been recovered from a minor, S.R., during an arrest in Morton, Pennsylvania, approximately two weeks after Dansby had bought it in Jamison, Pennsylvania. (Another gun was later recovered at the scene of a shooting, in Reading, Pennsylvania in December of 2020). They learned from a licensed firearms dealer that in one transaction Dansby had come to the shop, said that he had $2,000 cash, and asked to buy four or five 9mm pistols that would hold 15 or more rounds of ammunition. Dansby bought three pistols on that occasion, and paid cash.

On September 21, 2020, Special Agents Johnston and Eric Frye interviewed Dansby about his gun purchases. Dansby claimed that he was unaware he had purchased that many guns. He said that he had a social media account, as well as a YouTube channel, where he conducted and published firearm reviews. He provided the agents with the account name of "PYNTYPO," which he said that he used for this purpose. The agents asked Dansby if he had any of the guns still in his possession; he said that he had just one. They asked Dansby if he knew S.R.. Dansby said that he did not. They asked Dansby why one of Dansby's firearms was recovered during S.R's arrest, just thirteen days after Dansby had originally purchased it. Dansby said that, after

2

completing his reviews of firearms, he lawfully traded-in or sold the guns at area gun shops, and so S.R. could have obtained the gun somewhere after Dansby sold or traded it. Dansby gave the agents a list of seven area FFLs where he claimed to have traded or sold the firearms.

ATF agents researched DANSBY's story. A query of the account name "PYNTYPO" on Instagram revealed an account which appeared to belong to DANSBY; the account profile picture was that of Dansby and the name displayed was "TYRONE DANSBY." Additionally, the Instagram profile offered the ability to send an e-mail to the account "tyronedansby@gmail.com.   There were no gun reviews on that Instagram account. A query of the account name "PYNTYPO" on YouTube yielded no results for any such account. The agents were unable to identify a YouTube account associated with Dansby.

Agents called or visited each of the seven FFL's where Dansby claimed to have resold or traded the firearms. None had any record of Dansby selling or trading any of the approximately 60 guns at issue to them as Dansby claimed. Only one of them had a record of ever buying a gun from DANSBY, in a transaction for a single firearm in April of 2019, one year before the relevant time period.

### B.    Maximum Penalties

The defendant faces a maximum possible sentence of 5 years' imprisonment, a three year period of supervised release, a fine of $250,000, and a $100 special assessment.

### C.    Criminal Record

Dansby does not have a criminal history. He has bench warrants outstanding in Virginia and Alabama, arising from failures to appear in court to answer traffic charges. He additionally

3

recently failed to appear at a virtual hearing in Mount Laurel New Jersey arising from a May 7, 2021, traffic stop.

### D.      Evidence of Flight to Avoid Arrest

Dansby was initially charged by complaint and warrant on February 12, 2021. An agent spoke to an attorney for Dansby and told him about the warrant in the hopes of arranging a peaceful surrender. Dansby was subsequently indicted on the charge in the complaint by a grand jury on February 25, 2021.

Dansby did not surrender. Instead, he fled, and established a false identity that included his obtaining a false Texas temporary driver's license in the alias "Chauncey Lewis," and a Pennsylvania PennDOT identification card in that same alias. In the months between February of 2021and his arrest on May 21, 2021, Dansby encountered police in Tennessee, Nebraska, New Jersey, and Pennsylvania. Two of the encounters involved guns. One encounter occurred before the warrant for Dansby's arrest was issued. During that encounter he identified himself as Tyrone Dansby. Three of the encounters occurred after the arrest warrant was issued. In each of those encounters Dansby provided false identification in the name "Chauncey Lewis."

The first encounter occurred on February 10, 2021, two days before the arrest warrant was issued, in Tennessee. In that incident, Dansby identified himself to police as Tyrone Dansby. On that date ATF Special Agent James Makemson was requested by Trooper Ryan Fletcher of the Tennessee Highway Patrol (THP) to respond to the scene of a traffic stop involving numerous recovered firearms on Interstate 75 – Northbound at the 68 MM inside Loudon County, Tennessee. Trooper Fletcher advised SA Makemson that the occupants of the stopped vehicle were from Pennsylvania, and were coming from either Alabama or Georgia, and that the firearms had been concealed in the void spaces of the trunk. There were eight handguns in the car; seven in the trunk and one in the passenger compartment.

4

Trooper Fletcher told Agent Makemson he had advised all three occupants, M.N., J.W., and Dansby, of their Miranda rights and all agreed to speak with law enforcement. M.N. told Trooper Fletcher that Tyrone Dansby's brother purchased the firearms legally from a store in Alabama. Trooper Fletcher was wearing a body worn camera during the encounter and captured all three of the men on video and audio. Agent Johnston viewed the recording, and recognized Tyrone Dansby from his previous encounter and his investigation. A still capture from that video, showing Dansby, is attached to this motion as Exhibit One.

Dansby agreed to speak with SA Makemson about the firearms. Dansby admitted that one of purposes of the trip was for all three occupants of the car to go to Alabama, obtain firearms, and take them back to Philadelphia, PA, for the purpose of selling them for a profit. Dansby said that other purposes of the trip were to go to Atlanta to purchase car parts for his vehicle, which was damaged in Pennsylvania, and to plan a funeral for someone in Alabama. Dansby went on to detail how the guns were purchased in Alabama.

In the remaining three stops, which occurred after the arrest warrant was issued, Dansby provided officers with identification in the name of the alias "Chauncey Lewis." The first of these stops occurred on March 9, 2021, in Nebraska. On that date, two firearms were seized from a car that was stopped by Nebraska State Police on a highway in North Platte, Nebraska. The driver was a convicted felon from Philadelphia. There were two passengers in the car, a man and a woman. The male passenger identified himself as "Chauncey Lewis," and provided a Texas driver's license as his identification. Trace data showed the guns were bought in Alabama, and so the stop was eventually brought to Agent Johnston's attention. Agent Johnston contacted an investigator from the Nebraska State Patrol, who provided him with a still capture of "Chauncey Lewis" from the body camera footage of the incident. Agent Johnston recognized Tyrone Dansby in the picture. A copy of a still capture from this incident is attached as Exhibit Two.

5

On March 12, 2021, Philadelphia police carried out the car stop of a vehicle containing two men. The passenger identified himself to the officers as "Chauncey Lewis." He presented the officers with a Texas temporary driver's license in the name of Chauncey LEWIS, D.O.B. 03/31/1998. The officers who made the stop were equipped with body worn cameras, and the interaction was captured on video. Agent Johnston viewed the video, and recognized the man claiming to be "Chauncey Lewis" as Tyrone Dansby. The video also showed the temporary Texas driver's license. That document bears DANSBY's photo. A copy of the Texas license is attached as Exhibit Three. A still capture of Dansby during the stop is attached as Exhibit Four.

On May 7, 2021, Mount Laurel Police Department (MLPD) Officer Sean Bristow made a traffic stop of a man named "Chauncy LEWIS." "Lewis" provided Officer Bristow with a Pennsylvania identification card in the name of "Chauncey Lewis," and said that he just moved to Philadelphia from Alabama. Officer Bristow captured the incident on a body worn camera. Agent Johnston viewed footage from that camera, and recognized Dansby as the man claiming to be 'Chauncey Lewis."

Agent Johnston obtained PennDOT records for both Tyrone Dansby and "Chauncey Lewis." The photos associated with each of those identities are clearly photos of the same man, taken several years apart. The sole difference lies in the fact that, in the "Chauncey Lewis" photo, Dansby sports a metallic cover on his front teeth. The two photos and associated information are attached as Exhibits Five and Six. Agent Johnston also received a report from the Pennsylvania State Police indicating that facial recognition software was used to examine the two photos, and that the same person was depicted in both.

Agent Johnston located the real Chauncey Lamedrick LEWIS, D.O.B. 3/31/1998. Records obtained from Captain Reed McLaughlin from the Alabama Law Enforcement Agency, State Bureau of Investigation, Criminal Investigation Division show that he was arrested on May

20, 2021, in Hale County, Alabama, and is currently still in jail. Chauncy Lewis was also arrested on July 20, 2020 in Butler County, Alabama.

On May 21, 2021, Agent Johnston and other agents were conducting surveillance in Pennsauken, New Jersey, in an effort to apprehend Dansby. An agent saw the Honda Accord from the May 7, 2021, Mount Laurel New Jersey traffic stop, parked at 6177 Amon Avenue, Pennsauken, New Jersey. Agents observed Dansby exit the house, walk to the driver's side of the vehicle, open the driver's door, close it, and remain outside the residence. Agent Johnston arrested him. Despite the fact that Agent Johnston had previously interviewed Dansby, and recognized him, Dansby denied his true identity, and insisted that he was Chauncey Lewis. He told the agents that he did not know anyone named Tyrone Dansby. Agent Johnston took a photo of Dansby after the arrest. A copy is attached as Exhibit Seven.

Dansby has persisted in denying his identity, going so far as to maintain his façade during an interview with Pretrial Services in this case, making it impossible for them to issue a meaningful and accurate report. As a result, the Court cannot possibly trust that he will comply with any bail conditions. To the contrary, the Court should assume that he would continue to flee prosecution, as he has since learning of the warrant for his arrest in February of this year.

### E. Lack of Community Ties/Employment

Dansby's rank deceptions make it impossible to determine whether he has any ties to this district. In February, Agents visited the address that Dansby initially provided to PennDOT as his address, 1864 Clarence Street, Philadelphia, Pennsylvania. The agents were greeted by an elderly woman who claimed to be the grandmother of Tyrone Dansby, but she refused to tell the agents her name. The agents learned that Tyrone Dansby did not live at the address. The agents asked how long the female had been living there. She informed the agents that she had been there since November 2019. Dansby has allegedly purchased a property in New Jersey under the name

7

"Chauncey Lewis." He clearly has extensive ties to Alabama, and has demonstrated his ability and willingness to completely change his identity and basically disappear.

Dansby has also demonstrated that he does not intend to abandon dangerous criminal activity. He is the subject of a gun trafficking investigation, and even after he was confronted by ATF agents, he admittedly persisted in obtaining firearms outside the Commonwealth of Pennsylvania for resale in Philadelphia.

Therefore, IT IS ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with counsel; and that, on order of a Court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

BY THE COURT:

_____
HONORABLE RICHARD A. LLORET
*United States Magistrate Judge*

8

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Government's Motion for Pretrial Detention, and Proposed

Order was served via electronic court filing, on the following defense counsel:

Mark Wilson, Esq.
Federal Defender Association


*/s/ Joseph A. LaBar*
JOSEPH A. LaBAR
Assistant United States Attorney


Date: May 27, 2021